IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ALFREDO CONSTANCIO,** | Case No. 2:16-cv-0074-GEB-CMK (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **FRAUENHEIM,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including September 15, 2017.

Dated: August 17, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:16-cv-0074-GEB-CMK (HC))